CLOSED, TRANSF

# U.S. District Court
## District of New Mexico - Version 3.0 (Santa Fe)
### CIVIL DOCKET FOR CASE #: 6:07-cv-00220-BB-WDS

Valdez v. AU Optronics Corp.
Assigned to: District Judge Bruce D. Black
Referred to: Magistrate Judge W. Daniel Schneider
Cause: 15:1 Antitrust Litigation

Date Filed: 03/06/2007
Date Terminated: 06/14/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Rosemary Valdez**
*on behalf of herself and all others similarly situated in the State of New Mexico*

represented by **Gregg Vance Fallick**
Email: gvf@fallicklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**Au Optronics Corp. America**

**Defendant**
**AU Optronics Corp.**

**Defendant**
**Chi Mei Optoelectronics Co., Ltd.**

**Defendant**
**Chi Mei Optoelectronics USA, Inc.**

**Defendant**
**Chunghwa Picture Tubes, Ltd.**

**Defendant**
**Fujitsu Limited, Inc.**

**Defendant**
**Fujitsu America, Inc.**

**Defendant**
**Hannstar Display Corporation**

**Defendant**
**Hitachi, Ltd.**

**Defendant**

Hitachi Displays, Ltd.

**Defendant**

Hitachi America, Ltd.

**Defendant**

Idtech Co., Ltd

**Defendant**

Idtech USA, Inc.

**Defendant**

IPSA Alpha Technology, Ltd.

**Defendant**

LG Philips LCD Co., Ltd.

**Defendant**

LG Philips LCD America, Inc.

**Defendant**

Matsushita Electric Industrial Co. Ltd.

**Defendant**

Panasonic Corporation of North America

**Defendant**

Mitsubishi Electric Corporation

**Defendant**

Mitsubishi Electric & Electronics USA, Inc.

**Defendant**

NEC Electronics America, Inc.

**Defendant**

NEC LCD Technologies, Ltd.

**Defendant**

Samsung Electronics Company Ltd.

**Defendant**

Samsung Electronics America

**Defendant**
Sanyo Electric Co., Ltd.

**Defendant**
Sanyo North America Corporation

**Defendant**
Epson Imaging Devices Corporation

**Defendant**
Seiko Epson Corporation

**Defendant**
Epson America, Inc.

**Defendant**
Epson Electronics America, Inc.

**Defendant**
Sharp Corporation

**Defendant**
Sharp Electronics Corporation

**Defendant**
S-LCD Corporation

**Defendant**
Syntax-Brillian Corp.

**Defendant**
Toshiba Corporation

**Defendant**
Toshiba America Inc.

**Defendant**
Toshiba Matsushita Display Technology Co., Ltd.

**Defendant**
John Does
*1-100*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2007 | 1 | CLASS ACTION COMPLAINT w/Jury Demand against all defendants |

|            |   |                                                                                                                                                                                 |
|------------|---|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |   | (Filing fee $ 350.) (38 Summons(es) Issued), filed by Rosemary Valdez. (nm) (Entered: 03/07/2007)                                                                               |
| 03/06/2007 |   | Judge Richard L. Puglisi and W. Daniel Schneider assigned. (nm) (Entered: 03/07/2007)                                                                                           |
| 03/06/2007 | 2 | Filing fee: $ 350.00, receipt number 85431 (nm) (Entered: 03/07/2007)                                                                                                           |
| 03/06/2007 | 3 | Letter by re: consent to proceed before a US Magistrate Judge (nm) (Entered: 03/07/2007)                                                                                        |
| 03/14/2007 | 4 | NOTICE by Rosemary Valdez *of Refusal to Consent to Proceed Before a U.S. Magistrate Judge* (Fallick, Gregg) (Entered: 03/14/2007)                                              |
| 03/20/2007 | 5 | ORDER REASSIGNING CASE. Case reassigned to Judge Robert Brack for all further proceedings. Judge Richard L. Puglisi no longer assigned to case (vv) (Entered: 03/20/2007)       |
| 04/20/2007 | 6 | MINUTE ORDER REASSIGNING CASE. Case reassigned to Judge Bruce D. Black for all further proceedings. Judge Robert Brack no longer assigned to case (dmw) (Entered: 04/20/2007)   |
| 06/14/2007 | 7 | ORDER by Jeffrey N. Luthi, Clerk of the Panel to Transfer Case to MDL Panel (rh) (Entered: 06/20/2007)                                                                          |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/20/2007 12:39:18 | | | |
| PACER Login: | us4077 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 6:07-cv-00220-BB-WDS |
| Billable Pages: | 2 | Cost: | 0.16 |