Gregg Vance Fallick
Gregg Vance Fallick, Attorney at Law
201 Third Street, N.W.
Suite 1560
Albuquerque, NM 87102
Telephone:    (505) 842-6000
Facsimile:    (505) 842-6001
GVF@FallickLaw.com

Counsel for Plaintiff Rosemary Valdez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. M-07-cv-01827 SI<br><br>MDL No. 1827<br><br>**PLAINTIFF, ROSEMARY VALDEZ'S, CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |
| This Document Relates To:<br><br>Case No. 3:07-cv-03210-SI, an Indirect Purchaser Action. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

_____
GREGG VANCE FALLICK
Suite 1560
Albuquerque Plaza
201 Third Street, N.W.
Albuquerque, New Mexico 87102
(505) 842-6000
(505) 842-6001 fax

Attorney for Plaintiff Rosemary Valdez

Dated: November 14, 2007

1